City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ANDREWS, Respondent, v. COHEN, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) Action by James E. Andrews against George Cohen. No opinion. Motion for reargument (163 App. Div. 580, 148 N. Y. Supp. 1028) denied, with $10 costs. Motion to resettle order denied, without costs. See, also, 149 N. Y. Supp. 1069.

ANTHONY, Appellant, v. KOEHLER et al., Respondents. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Harold E. Anthony against Max Koehler and others. H. N. Selvage, of New York City, for appellant. C. J. Earley, of New York City, for respondents. No opinion. Order reversed, with costs, verdict reinstated, and judgment directed for plaintiff on the verdict; with costs. Settle order on notice.

A. SCHWOERER & SONS, Respondents, v. ROSS, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by A. Schwoerer & Sons against Sylvester Ross, Jr. H. A. Ingraham, of Brooklyn, for appellant. P. Cohen, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 154 App. Div. 937, 139 N. Y. Supp. 1115.

ASTLETT et al., Respondents, v. SANCHEZ, Sheriff, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Harry A. Astlett and others against Ponciano Sanchez, Sheriff of the County of New York. A. S. Gilbert, of New York City, for appellant. H. O. Pierson, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ATLANTA MACH. WORKS, Appellant, v. FELTHOUSEN, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 2, 1914.) Action by the Atlanta Machine Works against Edward G. Felthousen. No opinion. Motion to dismiss appeal denied, without costs. See, also, 157 App. Div. 903, 142 N. Y. Supp. 1107.

A. & M. ROBBINS, Inc., v. HILL et al. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by A. & M. Robbins, Incorporated, against John Hill and others.
PER CURIAM. Judgment (81 Misc. Rep. 441, 142 N. Y. Supp. 637) affirmed, with costs. See, also, 155 App. Div. 916, 140 N. Y. Supp. 1109.
CARR, J., not voting.

BACH, Appellant, v. WESTERN TRANSIT CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 25, 1914.) Action by Alexander Bach against the Western Transit Company.
PER CURIAM. Judgment affirmed, with costs. Held, that the plaintiff's right of compensation is furnished by the maritime law only, and therefore all remedies under the state law are excluded.

BACHARACH v. AMERICAN UNION REALTY CO. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by Sam Bacharach against the American Union Realty Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 163 App. Div. 940, 148 N. Y. Supp. 1104.

BACHMAN et al., Appellants, v. PENDLETON, Respondent. (Supreme Court, Appellate Division, Second Department. December 11, 1914.) Action by Frank H. Bachman and others against Adelaide Elizabeth Pendleton, as administratrix, etc.
PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, unless within 10 days defendant stipulate, as a condition of granting the amendment, that she will at the trial file a written waiver of the provisions of section 829 of the Code of Civil Procedure, so that the plaintiffs, or either of them, shall be permitted to testify in like manner as if Nathaniel G. Pendleton were then living, and, if defendant so stipulate, then the order is affirmed, without costs.
JENKS, P. J., takes no part.

BACON v. BACON. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by Dora E. Bacon against Samuel M. Bacon. No opinion. Motion granted, with $10 costs. Order filed.

BAKER et al., Appellants, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Action by Charles G. Baker and others, as administrators, etc., of the estate of Lucy R. Baker, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

BALKE, Respondent, v. OTIS ELEVATOR CO., Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Joseph A. Balke against the Otis Elevator Company. B. L. Pettigrew, of New York City, for appellant. A. Steckler, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re BALL. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) In the matter of the accounting of John Oscar Ball, as trustee under the last will and testament of Mary Caulfield, deceased, as to the trusts for John A. Caulfield, for Thomas J. Caulfield, and for Annie M. Caulfield.
PER CURIAM. The decrees of the Surrogate's Court of Kings County are affirmed, with